

U.S. Department of Justice

*United States Attorney*
*Western District of New York*

*Federal Center*　　　　　*716/843-5700*
*138 Delaware Avenue*　　*fax 716/551-3052*
*Buffalo, New York 14202*

**Writer's Extension: 851**

michael.cerrone@usdoj.gov

September 30, 2022

**VIA E-FILING**
Hon. Jeremiah J. McCarthy
United States Magistrate Judge
United States District Court, Western District of New York
2 Niagara Square
Buffalo, New York 14202

  Re: **Kuzma v. U.S. Department of Justice**
    **1:16-cv-00347-RJA-JJM**

Dear Judge McCarthy:

  Following the Court's decision on summary judgment, Your Honor, through text order, directed Plaintiff to file his attorney's fee submission by October 5, 2022 and for the Government to file its response by October 19, 2022. Dkt. # 35. I write to request a 30-day adjournment of these deadlines because the parties are optimistic that they will be able to resolve the attorney's fee issue without court involvement. This request is made with the consent of plaintiff's counsel.

          Very truly yours,

          TRINI E. ROSS
          United States Attorney

          */s/ Michael S. Cerrone*

      BY: MICHAEL S. CERRONE
         Assistant U.S. Attorney

cc: Daire Irwin, Esq. (via e-filing)
   Michael Kuzma, Esq. (via e-filing)