

U.S. Department of Justice

*United States Attorney*
*Western District of New York*

*Federal Center*            716/843-5700
*138 Delaware Avenue*    fax 716/551-3052
*Buffalo, New York 14202*

**Writer's Extension: 851**

michael.cerrone@usdoj.gov

October 31, 2022

**VIA E-FILING**

Hon. Jeremiah J. McCarthy
United States Magistrate Judge
United States District Court, Western District of New York
2 Niagara Square
Buffalo, New York 14202

  Re: Kuzma v. U.S. Department of Justice
     1:16-cv-00347-RJA-JJM

Dear Judge McCarthy:

  Please be advised that the parties have resolved the attorney fee dispute. The parties will file a stipulation of discontinuance once payment of the attorney's fees has been made. The FBI has advised that payment is typically made within about 90 days.

           Very truly yours,

           TRINI E. ROSS
           United States Attorney

           ***s/ Michael S. Cerrone***

      BY: MICHAEL S. CERRONE
         Assistant U.S. Attorney

cc: Daire Irwin, Esq. (via e-filing)
   Michael Kuzma, Esq. (via e-filing)